IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO.: 4:08-cv-0186-BAE-GRS |
| v. | ) ) ) | |
| ENTERPRISE PAINT AND SUPPLY STORE, INC., | ) ) ) | |
| Defendant. | ) ) | |

### ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED.R.CIV.P. 55(b)(1) AGAINST ENTERPRISE PAINT AND SUPPLY STORE, INC.

Entry of Default was ENTERED against the defendant Enterprise Paint and Supply Store, Inc. on May 11, 2009. Plaintiff Equal Employment Opportunity Commission filed a Motion for Entry for Default Judgment for Sum Certain pursuant to Fed. R. Civ. P. 55(b)(1), and the Declaration of Rebecca E. Pope, attached thereto, setting forth an amount due of $34,000.00, along with interest of $5,321.99 that has accrued between February 2007 through May 2009. Therefore, judgment is ENTERED in favor of the United States in the amount of $39,321.99

against defendant Enterprise Paint and Supply Store, Inc. Interest will continue to accrue on all unpaid amounts.

Done this 30th day of June, 2009.

SCOTT L. POFF, CLERK

*Elizabeth C. West*

CLERK, UNITED STATES DISTRICT COURT